# DISTRICT COURT OF MARYLAND FOR Montgomery County

LOCATED AT (COURT ADDRESS)
191 E. Jefferson St, Rockville, MD 20850

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☒ $5,000 or under ☐ over $5,000

CASE NO. CV D-06-CV-22-015954

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)

The particulars of this case are:
Please see attached document entitled:
Kassab v. Delta - Particulars of the Case

## PARTIES

**Plaintiff**
Hisham Kassab
10342 Grosvenor Place
Rockville, MD 20852

VS.

**Defendant(s)**

1. Delta Air Lines, Inc.
1030 Delta Blvd., Atlanta, GA 30320
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Ed Bastian
CEO, Delta Air Lines, Inc.
1030 Delta Blvd., Atlanta, GA 30320
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve On: CSC-Lawyers Incorporating Service Company (MD Resident Agent for Delta)
7 St. Paul Street, Suite 820, Baltimore, MD 21202
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. 
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

☒ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $4,889.53, plus interest of $_____, interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ ( ___ days x $ ___ per day) and attorney's fees of $_____ plus court costs.
☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code          Attorney Number
Printed Name: HISHAM KASSAB
Address: 10342 Grosvenor Place
Rockville, MD 20852
Telephone Number: 3017703425
Fax:
E-mail:

## ATTORNEYS
For Plaintiff – Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ Verified through DOD at: http://scra.dmdc.osd.mil/
☒ No defendant is in the military service. The facts supporting this statement are: The defendant is a company.
☐ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.
July 29, 2022
Date                                              Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☒ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.
July 29, 2022
Date                                              Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)                              CMPET

## NOTICE TO DEFENDANT
### Before Trial

This complaint contains the details of the claim against you and the relief that the plaintiff (the person or company suing you) seeks. The plaintiff has the burden to provide evidence to prove their case at trial. If the plaintiff has completed the affidavit portion of the complaint form, the evidence should be attached to the complaint.

**You may hire your own attorney.** If you're not able to hire an attorney, you can get legal help from an attorney through a **Maryland Court Help Center.** Court locations are open Monday to Friday from 8:30 a.m. to 4:30 p.m. Help is available by phone at 410-260-1392 or by live chat Monday through Friday from 8:30 a.m. to 8:00 p.m. For Help Center locations, visit: mdcourts.gov/helpcenter.

The clerk of the court is not permitted to give you legal advice. If you have any questions, you should consult the Maryland Court Help Center or your own attorney.

**If you wish to contest (fight) the claim,** you must file the Notice of Intention to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date all evidence you want the court to consider. If you don't bring your evidence to the hearing, the judge can't consider it.

**If you do nothing,** you could lose even though you did not appear in court. A judgment could be entered against you with consequences that may include a lien on your property, garnishment of your wages, and freezing your bank account.

**You may request a remote hearing.** At the remote hearing you would not appear in person, but rather by computer, tablet, or other appropriate electronic device. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. Ask the court for a new trial by filing a Motion for a New Trial within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.
2. Ask the court to change the judgment by filing a Motion to Alter or Amend the Judgment within **10 days** after the entry of judgment.
3. Ask the court to change or undo the judgment by filing a Motion to Revise or Vacate the Judgment within **30 days** after the entry of judgment.
4. APPEAL to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, was $5,000 or less, you will have a new trial in the circuit court. If the amount of the claim, was more than $5,000, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA-027BR).

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Judgment Debtor Information Sheet:** You may receive form CC-DC-CV-114 from the plaintiff requesting information about your income and debts. If you complete the form accurately and return it to the creditor as indicated, you will not have to answer interrogatories or appear for an oral examination for at least a year from the date of judgment.
2. **Interrogatories:** These are written questions. You must answer these written questions about your income and assets in writing under penalties of perjury.
3. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
4. **Writ of Execution:** This document requires the sale or seizure of any of your possessions. Some of your property or possessions may be protected from the writ. These exemptions are explained in detail on the reverse side of the Writ of Execution - form DC-CV-040. The court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
5. **Garnishment of Property:** The court may issue a writ freezing your bank account or holding your assets until further court proceedings.
6. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: mdcourts.gov/district/public_brochures or mdcourts.gov/legalhelp/moneyissues

### NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: mdcourts.gov/reference/scra.

**AFTER THE COURT ENTERS A JUDGMENT:**

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 07/01/2021)                                                                    CMPET

## Kassab v. Delta - Particulars of the Case

On August 1, 2019, the following three passengers flew from Washington, DC (Dulles Airport) to Rome, Italy (Rome Airport) on Flight #6686 of Delta Air Lines (henceforth referred to as Delta):

Hisham Kassab (Plaintiff)
I███ K███ (son of Hisham Kassab)
K███ K███ (son of Hisham Kassab)

The itinerary for Delta Flight #6686 was to depart Washington, DC at 4:15pm on August 1, 2019, and arrive in Rome, Italy at 7:00am on August 2, 2019.

The three passengers' final destination was Vienna, Austria. They were scheduled to arrive in Rome at 7am (on August 2, 2019), and then fly from Rome to Vienna on Eurowings (Flight #5883) scheduled to depart at 8:45am (on August 2, 2019).

At Dulles, while the airplane was in queue for takeoff, the pilot suddenly announced that the airplane needed to head back to the gate to receive additional fueling, which the pilot did in fact proceed to do.

The additional fueling for the plane resulted in a delay that Hisham Kassab recollects as being two hours long or longer.

Per the recollection of Hisham Kassab, the three passengers arrived in Rome after 10am, therefore missing their flight from Rome to Vienna.

The party ended up spending almost the entire day (of August 2nd) at the airport in Rome trying find a flight from Rome to Vienna that can accommodate three passengers. They finally found a flight at night (around 8pm on August 2, 2019), which cost a total of $1,083.53 for the three passengers. In addition, the party lost essentially a full day of recreation in Vienna, including the ability to attend a personally sentimental event for Hisham Kassab in Vienna.

Flight 6686's return to the gate (on August 1) was unnecessary, avoidable, and in Hisham Kassab's opinion was due to incompetence on the part of the crew operating the airplane. Therefore, in the opinion of Hisham Kassab, the return to the gate for fueling amounts to **malfeasance as well callous dereliction of service and responsibility by Delta Air Lines.**

Hisham Kassab therefore requests:

1- Full reimbursement of the Washington-to-Rome leg of the tickets for Hisham Kassab, ███ K███, and K███ K███ in the amounts of $524.00, $516.00, and $516.00 respectively.

2- Full reimbursement of the unnecessary air travel expenses incurred as a direct result of Delta not providing the service as promised, totaling $1,083.53

3- Compensation in the amount of $2,250.00 for the stress of feeling stuck at the airport in Rome as well as missing significant recreation time in Vienna, including the ability to attend a personally sentimental event for Hisham Kassab in Vienna

for a total of $4,889.53 plus court fees.

# Flight overview



**Travel dates**
Aug 1, 2019 - Aug 8, 2019

**Itinerary #**
7444430734850

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Confirmation**
JNYYIH (Delta)
MQHPHG (Alitalia)

**Ticket #**
0067371755394 (HISHAM KASSAB)
0067371755395 (█████ K█████)
0067371755396 (K███ K█████)

**Departure** Thu, Aug 1

Delta 6686 operated by ALITALIA S.P.A. IN A.S.

**Washington (IAD)** → **Rome (FCO)**
Airport check-in with Alitalia
1:15pm

7:00am +1 day
Terminal: 1
Arrives on Aug 2, 2019

Fare type: Basic Economy
Cabin: Economy / Coach (E)
8h 45m duration

**Total duration**

8h 45m

## Price summary

| | |
|---|---|
| Traveler 1: Adult | $1,047.23 |
| Flight | $566.00 |
| Taxes & Fees | $481.23 |
| Traveler 2: Child | $1,031.73 |
| Flight | $566.00 |
| Taxes & Fees | $465.73 |
| Traveler 3: Child | $1,031.73 |
| Flight | $566.00 |
| Taxes & Fees | $465.73 |
| Travelocity Booking Fee | $15.00 |
| **Total** | **$3,125.69** |

All prices are quoted in USD.